CATHRYN CHISHOLM, Respondent, v. GLAD PEARL, INC., Appellant.— Action to recover damages for personal injuries suffered by plaintiff when she fell on

a stairway in defendant's motion-picture theatre. Judgment in favor of plaintiff, entered on the verdict of a jury, unanimously affirmed, with costs. No opinion. Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ. [See *post*, p. 983.]